# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-281-APG-DJA |
| Plaintiff, | **Order of Dismissal of the Indictment Without Prejudice** |
| v. | |
| IGNACIO CONTRERAS-ESQUIVEL, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Ignacio Contreras-Esquivel.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

Dated: March 2, 2020.

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE